1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone:  334-269-2343
5  Facsimile:  334-954-7555
   Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX | **MDL NO. 1699**
13 | MARKETING SALES PRACTICES AND | District Judge:  Charles R. Breyer
   | PRODUCT LIABILITY LITIGATION |

14 This Document Relates To:

15 *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*     **STIPULATION AND ORDER OF**
   *(06-2273 CRB)*                                          **DISMISSAL WITH PREJUDICE**
16

17 *Roger Harper vs. Pfizer Inc, et al.*
   *(06-6023 CRB)*

18 *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
   *(07-2218 CRB)*
19

20 *Leon Hendrix vs. Pfizer Inc, et al.*
   *(08-0704 CRB)*

21 *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
   *(07-4383 CRB)*
22

23 *Charles Lee Holmes vs. Pfizer Inc, et al.*
   *(06-4211 CRB)*

24 *Bruce Holzwarth vs. Pfizer Inc, et al.*
   *(07-3035 CRB)*
25

26 *David E. Huard vs. Pfizer Inc, et al.*
   *(08-0796 CRB)*

27 *Clifford Jackson vs. Pfizer Inc, et al.*
   *(06-5042 CRB)*
28

-1-

1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
(06-2605 CRB)

2

3 | *Ozzie Jackson vs. Pfizer Inc, et al.*
(06-2274 CRB)

4 | *Ronald Jacoby vs. Pfizer Inc, et al.*
(07-4689 CRB)

5

6 | *Kathy Jewell vs. Pfizer Inc, et al.*
(07-1355 CRB)

7 | *Dorothy Johnson vs. Pfizer Inc, et al.*
(06-5039 CRB)

8

9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
(07-4549 CRB)

10

11 | *John R. Jones vs. Pfizer Inc, et al.*
(06-3899 CRB)

12 | *Sylvester Jones vs. G.D. Searle LLC, et al.*
(07-4550 CRB)

13

14 | *Robert K. Kiser II vs. Pfizer Inc, et al.*
(06-4104 CRB)

15 | *Frank Klinger vs. G.D. Searle LLC, et al.*
(05-4739 CRB)

16

17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
(08-2149 CRB)

18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.*
(07-1528 CRB)

19

20 | *Bertha R. Lacy vs. Pfizer Inc, et al.*
(06-7383 CRB)

21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
(08-1856 CRB)

22

23 | *Thomas Lauer vs. Pfizer Inc, et al.*
(08-2854 CRB)

24

25 | *Barbara Laver vs. Pfizer Inc, et al.*
(08-3705 CRB)

26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
(06-7631 CRB)

27

28 | *Vickie L. Lewis vs. Pfizer Inc, et al.*
(06-4284 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2
*Robert L. Lippincott vs. Pfizer Inc, et al.*
(07-5018 CRB)

3
*John Scarcliff vs. G.D. Searle LLC, et al.*
(05-4454 CRB)

4

5
*Norma Matthias vs. Pfizer Inc, et al.*
(06-7632 CRB)

6
*Elise Mayes vs. Pfizer Inc, et al.*
(08-3702 CRB)

7

8
*William D. McCluskey vs. Merck & Co. Inc, et al.*
(07-3342 CRB)

9

10
*Phyllis McCord vs. G.D. Searle LLC, et al.*
(05-4738 CRB)

11
*Barbara Dyer, et al. vs. Pfizer Inc, et al.*
(07-1317 CRB)

12

13
*Vince Mejer vs. Pfizer Inc, et al.*
(07-0237 CRB)

14
*James Byron McVay vs. Pfizer Inc, et al.*
(07-0861 CRB)

15

16
*Alfred Melton vs. Pfizer Inc, et al.*
(06-2745 CRB)

17
*Richard McNabb, et al. vs. Pfizer Inc, et al.*
(07-6450 CRB)

18

19
*Wilmer Merriweather vs. G.D. Searle LLC, et al.*
(05-4452 CRB)

20

21
*Rhoda Messer, et al. vs. Pfizer Inc, et al.*
(06-6588 CRB)

22
*Ronald Miller vs. Pfizer Inc, et al.*
(09-0892 CRB)

23

24
*Linda Mirza vs. Pfizer Inc, et al.*
(06-3818 CRB)

25
*Carolyn Montiforte vs. Pfizer Inc, et al.*
(07-4735 CRB)

26

27
*Henry C. Morris vs. Pfizer Inc, et al.*
(06-3686 CRB)

28
*Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1   (09-0891 CRB)

2   *Patsy Murry, et al. vs. Pfizer Inc, et al.*
    (06-7438 CRB)
3
    *Ed Narke vs. Pfizer Inc, et al.*
4   (08-0260 CRB)

5   *Dian C. Neal vs. Pfizer Inc, et al.*
    (06-3900 CRB)
6
    *Rosa M. Nelson vs. Pfizer Inc, et al.*
7   (06-2275 CRB)

8   *Cliff Norwood vs. G.D. Searle LLC, et al.*
    (05-4451 CRB)
9
    *Floyd Odom vs. Pfizer Inc, et al.*
10  (07-5885 CRB)

11  *Joan J. Opel vs. Pfizer Inc, et al.*
    (07-~~5882~~ 6441 CRB)
12
    *Mary Osteen vs. Pfizer Inc, et al.*
13  (06-6928 CRB)

14  *Elvis Owens, et al. vs. Pfizer Inc, et al.*
    (06-5002 CRB)
15
    *James Curtis Owens vs. Pfizer Inc, et al.*
16  (06-1669 CRB)

17  *Marvin Palmer vs. Pfizer Inc, et al.*
    (06-6499 CRB)
18
    *Albert Pearson vs. G.D. Searle LLC, et al.*
19  (05-4455 CRB)

20  *R.V. Perkins vs. Pfizer Inc, et al.*
    (08-3699 CRB)
21
    *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22  (05-4492 CRB)

23  *Kirk Redenius vs. Pfizer Inc, et al.*
    (06-4901 CRB)
24
    *Linda Redinger vs. Pfizer Inc, et al.*
25  (07-0454 CRB)

26  *Tammy L. Ribble vs. Pfizer Inc, et al.*
    (06-7283 CRB)
27
    *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28  (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

*Tracy Ring vs. G.D. Searle LLC, et al.*
2  (06-0733 CRB)

3

4          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7  each side bearing its own attorneys' fees and costs.

8

9          DATED: 10·16 2009       By: *[signature]*

10                                     **BEASLEY, ALLEN, CROW, METHVIN,**
11                                     **PORTIS & MILES, P.C.**
                                       218 Commerce Street
12                                     P.O. Box 4160
                                       Montgomery, Alabama 36103
13                                     Telephone: 334-269-2343
                                       Facsimile: 334-954-7555

14                                     *Attorneys for Plaintiffs*

15

16          DATED: Oct. 19, 2009      By: *[signature]*

17                                     **DLA PIPER LLP (US)**
18                                     1251 Avenue of the Americas
                                       New York, New York 10020
19                                     Telephone: 212-335-4500
                                       Facsimile: 212-335-4501

20                                     *Defendants' Liaison Counsel*

21

22

23          **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24          **IT IS SO ORDERED.**

25

26          Dated: *10/22/2009*

27                                     Hon. Charles R. Breyer
                                       United States District Court

28

                                        -5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST42579891.1